UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY, | No. 2:19-cv-2114 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN, et al., | |
| Defendants. | |

By order filed June 15, 2021, the undersigned set a schedule for this case that included the following deadlines: (1) written discovery requests to be served no later than August 9, 2021; (2) any motions to compel discovery due by October 8, 2021; (3) closure of discovery on October 8, 2021; and (4) dispositive motions due by January 3, 2022. ECF No. 31 at 5. Defendant has now filed a motion to modify the scheduling order by ninety days. ECF No. 34.

Aside from plaintiff's deposition, it is unclear what additional discovery defendant still needs to conduct. It is unclear why defendant requires an additional ninety days to conduct plaintiff's deposition, and to the extent defendant may be seeking to extend the time for propounding written discovery, the request is untimely and the motion does not establish excusable neglect. See Fed. R. Civ. P. 6(b)(1) (court may extend time for good cause or on motion made after expiration of deadline if motion demonstrates excusable neglect). The motion will therefore be granted only in part and without prejudice to a further motion that demonstrates the necessary good cause or excusable neglect.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the June 15, 2021 Scheduling Order, ECF No. 34, is GRANTED in part and the remaining deadlines shall be extended thirty days as follows:

    a. The parties may conduct discovery until November 8, 2021.

    b. Any motions to compel discovery shall be filed by November 8, 2021.

    c. Dispositive motions shall be filed on or before February 2, 2022.

2. To the extent defendant seeks to extend the August 9, 2021 deadline for propounding written discovery, the motion is DENIED without prejudice.

DATED: September 28, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE