UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY,<br><br>        Plaintiff,<br><br>   v.<br><br>WARDEN, et al.,<br><br>        Defendants. | No. 2:19-cv-2114 JAM AC P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to modify the discovery and scheduling order and appoint counsel. ECF No. 36.

    The request to modify the discovery and scheduling order will be denied without prejudice because plaintiff has not identified which deadlines he would like to extend or how long he would like them extended. Id. If plaintiff chooses to file another motion for an extension of time, he must provide this information.

    Plaintiff also indicates that he is requesting "appointed council [sic] for fair trial." Id. at 1. This is plaintiff's fourth request for counsel. See ECF Nos. 20, 25, 32. To the extent the request is based upon a need for counsel at trial, the motion is premature because it has not yet been determined that this case will proceed to trial. To the extent it appears that the request is based

upon plaintiff's health conditions, as has been previously explained, "[t]he mere claim that plaintiff suffers from health conditions that may make pursing this case more difficult is not enough to establish exceptional circumstances warranting appointment of counsel." ECF No. 33 at 2; see also ECF Nos. 22, 26. Plaintiff was also advised that if he chose to file another motion for counsel, he would need to "identify what conditions he suffers from, explain how his conditions prevent him from proceeding without assistance, and provide medical documentation supporting his claimed impairments." ECF No. 33 at 2. Because plaintiff has once again failed to provide the required information, his request for counsel will be denied on the same ground as his previous motions. See ECF Nos. 22, 26, 33.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to modify the scheduling order and appoint counsel, ECF No. 36, is DENIED.

DATED: October 25, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE