IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY MURRAY,** | Case No. 2:19-cv-2114 JAM AC P |
| Plaintiff, | ~~PROPOSED~~ **ORDER** |
| v. | |
| **WARDEN, et al.,** | |
| Defendants. | |

Defendant applied ex parte for a modification to the Court's Discovery and Scheduling Order. Good cause appearing, Defendant's Application, ECF No. 38, is **GRANTED**. The Parties must complete discovery by November 22, 2021. All remaining dates remain as set in the Court's previous Order [ECF No. 35].

**IT IS SO ORDERED.**

DATED: November 9, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE