UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY, | No. 2:19-cv-2114 JAM AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| WARDEN, et al, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed two motions for an extension of time. ECF Nos. 47, 48.

Plaintiff identifies the deadlines he seeks to extend as the February 2 and February 6, 2022 deadlines, but does not specify what the deadlines are for. <u>Id.</u> It appears that he may be seeking to extend the February 2, 2022 dispositive motions deadline and his deadline for responding to defendants' motion for summary judgment.

Plaintiff requests that the February 2, 2022 deadline be extended by sixty to ninety days because his January 7, 2022 appointment to receive his medical records was cancelled due to COVID. ECF No. 47 at 1. Plaintiff also states that he is waiting for a neurosurgeon consult in March 2022. <u>Id.</u> The delay in plaintiff's receipt of his medical records establishes good cause for extending the deadline to file a motion for summary judgment and the motion will be granted. However, plaintiff is advised that in the event he seeks a further extension, discovery in this

action has closed and any request based on plaintiff seeking a consultation with a doctor or specialist will be denied.

Plaintiff also requests a sixty-day extension of the February 6, 2022 deadline, which the court assumes refers to the deadline for responding to defendant's motion for summary judgment.[1]  He requests the extension on the grounds that COVID lockdown protocols have left him without access to the law library since January 11, 2022, and requests for medical records have also been halted.  ECF No. 48.  Good cause appearing, the motion will be granted.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an extension of the dispositive motions deadline, ECF No. 47, is GRANTED.  Plaintiff shall have sixty days from the service of this order to file a motion for summary judgment.

2. Plaintiff's motion for an extension of time to file a response to defendant's motion for summary judgment, ECF No. 48, is GRANTED.  Plaintiff shall have sixty days from the service of this order to file a response to defendants' motion for summary judgment.

DATED: February 17, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's deadline to respond to the motion for summary judgment was February 7, 2022.