UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, et al,<br><br>　　　　Defendants. | No. 2:19-cv-2114 JAM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for injunctive relief. ECF No. 50. He requests that the court order follow-up treatment with an off-site pain specialist to manage the high levels of pain he experiences from a brain tumor, because defendants are ignoring his need for treatment. Id.

　　　　"A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008) (citations omitted). Furthermore, mandatory preliminary injunctions like plaintiff seeks, as opposed to those which preserve the *status quo*, are "particularly disfavored" and "the district court should deny such relief unless the facts and law clearly favor the moving party." Stanley v. Univ. of S. Calif., 13 F.3d 1313, 1320 (9th Cir. 1994) (citation and internal quotation marks omitted); Garcia v. Google, Inc., 786 F.3d 733, 740 (9th

Cir. 2015) (plaintiff seeking mandatory injunction "must establish that the law and facts *clearly favor* her position, not simply that she is likely to succeed." (emphasis in original)).

Plaintiff has failed to show any of the elements necessary to warrant a grant of injunctive relief. There is no indication that plaintiff is likely to succeed on the merits of his claim, and though plaintiff alleges that defendants have intentionally refused to provide him with necessary treatment, he has not provided any evidence that supports this claim. Herb Reed Enters., LLC v. Fla. Entm't Mgmt., Inc., 736 F.3d 1239, 1251 (9th Cir. 2013) ("Those seeking injunctive relief must proffer evidence sufficient to establish a likelihood of irreparable harm.").

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for preliminary injunctive relief (ECF No. 50) be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 21, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE