1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY MURRAY,                              No.  2:19-cv-2114 JAM AC P

12                   Plaintiff,

13        v.                                      ORDER

14   WARDEN, et al.,

15                   Defendants.

16

17        On January 14, 2022, defendant filed a motion for summary judgment.  ECF No. 45.  On

18   February 17, 2022, the court granted plaintiff's request for a sixty-day extension of time to

19   respond to the motion.  ECF No. 49.  The deadline has now passed, and plaintiff has not filed a

20   response to the motion for summary judgment.

21        Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the

22   service of this order, plaintiff shall file and serve an opposition to the motion for summary

23   judgment or a statement of non-opposition.  Failure to comply with this order may result in the

24   dismissal without prejudice of this action for failure to prosecute pursuant to Federal Rule of Civil

25   Procedure 41(b).

26   DATED: May 5, 2022

27                                                _____
                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE
28

1