UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MURRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDAR AUNG,<br><br>　　　　Defendant. | No. 2:19-cv-02114-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 45, 54, 62) |

　　　　Plaintiff Gregory Murray is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 4, 2022, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment (Doc. No. 45) be granted because "the undisputed evidence demonstrates that defendant was not deliberately indifferent to plaintiff's serious medical needs." (Doc. No. 62 at 15.)[1] The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 16.) On October 27, 2022,

---

[1] As noted in the findings and recommendations, plaintiff filed an opposition to defendant's motion for summary judgment on May 31, 2022, but that document was incorrectly docketed as a "motion for summary judgment." (Doc. No. 54.)

1

plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 63.) Defendant did not file a response thereto or objections of her own.

In his objections, plaintiff describes the symptoms he has experienced and describes his grievances with the various doctors who have treated him over the past several years, including his frustration with not being able to see a particular doctor during follow-up appointments at UCSF.  (*Id.* at 1–5.)  However, as the magistrate judge noted in the pending findings and recommendations, that particular doctor was no longer available at UCSF and, in any event, plaintiff was seen by another doctor at that hospital instead.  (Doc. No. 62 at 12.)  Moreover, plaintiff does not meaningfully object to the magistrate judge's conclusion that the undisputed evidence before the court on summary judgment demonstrates that defendant Aung—the only remaining defendant in this case—was not deliberately different to plaintiff's serious medical needs.  Indeed, it does not appear that plaintiff even mentions defendant Aung in his objections to the findings and recommendations.  Accordingly, plaintiff's objections provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on October 4, 2022 (Doc. No. 62) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 45) is granted;
3. Judgment shall be entered in favor of defendant Aung; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 13, 2023**

UNITED STATES DISTRICT JUDGE