UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MURRAY,<br><br>  Plaintiff,<br><br>  v.<br><br>SANDAR AUNG, et al.,<br><br>  Defendants. | No. 2:19-cv-02114-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION TO VACATE THE BILL OF COSTS<br><br>(Doc. Nos. 69, 71) |

Plaintiff George Murray is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's unopposed motion to vacate the bill of costs (Doc. No. 69) be granted. (Doc. No. 71.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id*. at 5.) No objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

/////

1

court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on April 28, 2023 (Doc. No. 71) are adopted in full;
2. Plaintiff's motion to vacate the bill of costs (Doc. No. 69) is granted;
3. The order taxing costs (Doc. No. 67) is hereby set aside; and
4. This case remains closed.

IT IS SO ORDERED.

Dated: **August 10, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2